O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01633 AHM (JCx) | Date | June 13, 2011 |
|---|---|---|---|
| Title | CHARLES STANTON v. WELLS FARGO HOME MORTGAGE, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiff:  Attorneys **NOT** Present for Defendants:

**Proceedings:** IN CHAMBERS (No Proceedings Held)

    In light of the filing of Plaintiff's First Amended Complaint (Dkt. 28), and the Court's Order granting Defendant's Motion to Dismiss (Dkt. 22), the Court hereby DENIES AS MOOT Plaintiff's Motion to Quash Motion to Dismiss Due to Improper Service.[1]

                                                     :

Initials of Preparer      SMO

---

[1] Dkt. 25.