**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
Kevin S. Asfour (SBN 228993)

Attorneys for Defendant Wells Fargo Bank, N.A. (as successor to Wells Fargo Home Mortgage, Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STANTON, | Case No. CV11-01633 AHM (JCx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Assigned to Hon. A. Howard Matz |
| WELLS FARGO HOME MORTGAGE, INC.; NDeX WEST, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |

**RECYCLED PAPER**

**JUDGMENT**

# JUDGMENT OF THE COURT

For the reasons set forth in the Court's August 22, 2011 Order (Dkt. # 45), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's First Amended Complaint is DISMISSED, without leave to amend, as follows:

1. Plaintiff's claim under the federal Real Estate Settlement Procedures Act ("RESPA," 12 U.S.C. §§ 2601 et seq.) is DISMISSED WITH PREJUDICE;

2. Plaintiff's claim under the federal Truth in Lending Act ("TILA," 15 U.S.C. §§ 1601 et seq.) is DISMISSED WITH PREJUDICE;

3. Pursuant to 28 U.S.C. § 1367, the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim for Civil Conspiracy, and thus that claim is DISMISSED WITHOUT PREJUDICE; and

4. Plaintiff's claim under the federal Racketeer Influenced and Corrupt Organizations Act ("RICO," 18 U.S.C. §§ 1961 et seq.) is DISMISSED WITHOUT PREJUDICE.

5. Each side to bear their own costs.

Dated: August 31, 2011

Hon. A. Howard Matz
U.S. DISTRICT COURT JUDGE